**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT DESIGNATED FOR PUBLICATION

Rudolph V. Williams
ALC Saturn Tier A B-2 DOC No. 422800
3751 Lauderdale Woodyard Road
Kinder, LA 70648

**REHEARING ACTION: July 17, 2013**

**Docket Number: 13   00428-KH**

**STATE OF LOUISIANA**
**VERSUS**
**RUDOLPH V. WILLIAMS**

**Writ Application from St. Landry Parish Case No. 98-K-3722-B**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. Billy Howard Ezell**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rudolph V. Williams** has this day been

    **DENIED.**

cc: Earl B. Taylor, Counsel for  the Respondent